

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2020

No. 04-20-00416-CV

**IN THE INTEREST OF C. C. E. JR., A CHILD**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-00379
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on or before January 28, 2021. No further extensions absent extenuating circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2020.



_____
Michael A. Cruz,
Clerk of Court